JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 23, 2010

Check No. 2006087

Check Amount: $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|----------|----------|----------------|---------------|-----------------|-----------|----------|-------|
| 04-44010-R | 00021 | MIKAEL F. T. & DARLA M. HAYS | 3 | XXXXX18-A | 552.42 | 0.00 | 552.42 |
| | | Original check written to: | | | | | |
| | | UTAH HIGHER EDUCATION AUTH<br>P. O. BOX 45202<br>3 TRIAD CENTER, SUITE 550<br>SALT LAKE CITY, UT 84180 | | | | | |
| 04-45174-R | 00021 | CARMEN L. SEDA-MORALES | 8 | XXXXX9586 | 0.11 | 0.00 | 0.11 |
| | | Original check written to: | | | | | |
| | | GE CAPITAL CONSUMER CARD CO<br>P. O. BOX 52051<br>PHOENIX, AZ 85072-2051 | | | | | |
| 04-45357-R | 10013 | DONNA MARIA ST. ROMAIN | 4 | XXXXX3978 | 2.81 | 0.00 | 2.81 |
| | | Original check written to: | | | | | |
| | | WFS FINANCIAL, INC.<br>ATTN: BANKRUPTCY UNIT<br>P. O. BOX 19657<br>IRVINE, CA 92623-9657 | | | | | |
| 05-30038-R | 00010 | REBECCA S. UPSON | 6 | XXXXX1810 | 15.15 | 0.00 | 15.15 |
| | | Original check written to: | | | | | |
| | | SECURITY FINANCE<br>CENTRAL BANKRUPTCY<br>652 BUSH RIVER ROAD #206<br>COLUMBIA, SC 29210-7537 | | | | | |
| 05-30065-R | 00032 | ANTONIO & ANNETTA MARIA RODRIGUEZ | 7 | 2753 | 4.77 | 0.00 | 4.77 |
| | | Original check written to: | | | | | |
| | | SOUTHWEST GENERAL SERVICES<br>P. O. BOX 180819<br>DALLAS, TX 75218 | | | | | |
| 05-40314-R | 00020 | SCOTT P. DAVIDSON | 6 | XXXXX9127 | 13.70 | 0.00 | 13.70 |
| | | Original check written to: | | | | | |
| | | SECURITY FINANCE<br>CENTRAL BANKRUPTCY<br>652 BUSH RIVER ROAD #206<br>COLUMBIA, SC 29210-7537 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 23, 2010

Check No. 2006087

Check Amount: $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-40654-R | 00018 | JOHN MARK MCPHERSON | 2 | XXXXX0234 | 219.87 | 0.00 | 219.87 |
| | | Original check written to:<br>ASPIRE VISA GOLD<br>P. O. BOX 23051<br>COLUMBUS, GA 31902-3051 | | | | | |
| 05-40886-R | 00034 | WILLIAM DAVID JAMES, JR. &<br>CHRISTIE LYNNE JAMES | 5 | XXXXX7871 | 374.87 | 90.00 | 464.87 |
| | | Original check written to:<br>HOMECOMINGS FINANCIAL<br>P. O. BOX 969<br>HORSHAM, PA 19044-0969 | | | | | |
| 05-41359-R | 00021 | GREGORY P. FOSTER | 3 | 1305 | 30.01 | 0.00 | 30.01 |
| | | Original check written to:<br>CHASE BANK, USA, NA<br>P. O. BOX 100018<br>KENNESAW, GA 30156-9204 | | | | | |
| 05-41792-R | 00023 | JOHN & BRENDA ARIOLA | 14 | XXXXX4098 | 132.45 | 44.13 | 176.58 |
| | | Original check written to:<br>DENTON COUNTY<br>C/O MCCREARY, ET AL<br>P. O. BOX 26990<br>AUSTIN, TX 78755 | | | | | |
| 05-42567-R | 00009 | MAURICE L. & VIRGINIA<br>GILDNER | 0 | XXXXX5208 | 0.61 | 0.00 | 0.61 |
| | | Original check written to:<br>VINCENT/MOYE, PC<br>2001 BRYAN STREET<br>SUITE 2000<br>DALLAS, TX 75201-3001 | | | | | |
| 05-46126-R | 00001 | DOUGLAS P. & DIANE M.<br>WESTON | 1 | XXXXX2194 | 76.54 | 0.00 | 76.54 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 23, 2010

Check No. 2006087

Check Amount: $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-46126-R | 00002 | DOUGLAS P. & DIANE M. WESTON | 2 | 7352 | 665.24 | 0.00 | 665.24 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-46126-R | 00005 | DOUGLAS P. & DIANE M. WESTON | 5 | XXXXX1844 | 144.57 | 0.00 | 144.57 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-46126-R | 00006 | DOUGLAS P. & DIANE M. WESTON | 4 | 6161 | 76.08 | 0.00 | 76.08 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-48008-R | 00001 | JIMMY L. & TERRIE L. KEITH | 1 | 2639 | 82.15 | 0.00 | 82.15 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-50039-R | 00016 | PAULETTE ELAINE WILLIAMS | 5 | XXXXX2110 | 53.40 | 0.00 | 53.40 |
| | | Original check written to: SECURITY FINANCE CENTRAL BANKRUPTCY 652 BUSH RIVER ROAD #206 COLUMBIA, SC 29210-7537 | | | | | |
| 05-50065-R | 00009 | ARTHUR L. JOHNSON, JR. & SALLY E. JOHNSON | 7 | XXXXX1100 | 76.78 | 5.73 | 82.51 |
| | | Original check written to: BOWIE CAD C/O MCCREARY VESELKA BRAGG ETAL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  April 23, 2010

Check No. 2006087

Check Amount:  $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 06-40126-R | 00017 | THAD LEON TUCKER, JR. & AMY RENEE TUCKER | 3 | XXXXXS CT | 3.19 | 0.32 | 3.51 |
| | | Original check written to: | | | | | |
| | | OAKMONT HOA C/O PRINCIPAL MANAGEMENT GROUP 12700 PARK CENTRAL DR, STE 600 DALLAS, TX 75251-1537 | | | | | |
| 06-40126-R | 00022 | THAD LEON TUCKER, JR. & AMY RENEE TUCKER | 5 | XXXXX0787 | 198.78 | 3.80 | 202.58 |
| | | Original check written to: | | | | | |
| | | NATIONAL CITY MORTGAGE CO. 3232 NEWMARK DRIVE MIAMISBURG, OH 45342 | | | | | |
| 06-40229-R | 00014 | CRAIG O. & PAMELA J. BLANTON | 9 | XXXXX-15P | 51.01 | 0.68 | 51.69 |
| | | Original check written to: | | | | | |
| | | BENEFICIAL FINANCE CORPORATION ATTN: PAYMENT PROCESSING 1301 EAST TOWER ROAD SCHAUMBURG, IL 60173-4374 | | | | | |
| 06-42095-R | 00033 | WEBSTER JOHN GLAPION III & CINDELL SHARIE GLAPION | 10 | XXXXX0001 | 1,118.71 | 360.76 | 1,479.47 |
| | | Original check written to: | | | | | |
| | | TRIAD FINANCIAL P. O. BOX 982025 NORTH RICHLAND HILLS, TX 76182 | | | | | |
| 06-42095-R | 00052 | WEBSTER JOHN GLAPION III & CINDELL SHARIE GLAPION | 4 | 1385 | 853.78 | 357.30 | 1,211.08 |
| | | Original check written to: | | | | | |
| | | COUNTRYWIDE HOME LOANS 7105 CORPORATE DRIVE MAIL STOP: PTX-B-209 PLANO, TX 75024-1319 | | | | | |
| 06-42271-R | 00036 | ALAN MARINELLI, JR. & VICTORIA MARINELLI | 12 | XXXXX2-01 | 15.09 | 0.00 | 15.09 |
| | | Original check written to: | | | | | |
| | | DERMATOLOGY CENTER OF PLANO 5509 PLEASANT VALLEY #60 PLANO, TX 75023 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: April 23, 2010

Check No. 2006087

Check Amount: $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|----------|----------|----------------|---------------|-----------------|-----------|----------|-------|
| 06-50034-R | 00024 | TOMMY E. & STEPHANIE Y. NORTON | 10 | XXXXX4500 | 1,207.11 | 149.47 | 1,356.58 |
| | | Original check written to: | | | | | |
| | | BOWIE CAD C/O MCCREARY VESELKA BRAGG ETAL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 08-41447-R | 00026 | TIFFNEY L. MCADOO | | XXXXX5182 | 0.00 | 6.27 | 6.27 |
| | | Original check written to: | | | | | |
| | | GRP FINANCIAL SERVICES CORP. 445 HAMILTON AVENUE 8TH FLOOR WHITE PLAINS, NY 10601 | | | | | |
| 08-41450-R | 00005 | WILLIAM STAN SMITTLE | 3 | XXXXX7532 | 64.47 | 101.47 | 165.94 |
| | | Original check written to: | | | | | |
| | | LEWISVILLE ISD C/O ROBERT E. LUNA 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | | | | | |
| 08-42142-R | 00008 | ROBERT J HANTSON | 7 | XXXXX8949 | 0.00 | 7.12 | 7.12 |
| | | Original check written to: | | | | | |
| | | WILSHIRE CREDIT CORP ATTENTION: BANKRUPTCY DEPARTMENT P. O. BOX 8517 PORTLAND, OR 97207 | | | | | |
| 08-42142-R | 00010 | ROBERT J HANTSON | 8 | XXXXX0885 | 0.00 | 2.19 | 2.19 |
| | | Original check written to: | | | | | |
| | | WILSHIRE CREDIT CORP ATTENTION: BANKRUPTCY DEPARTMENT P. O. BOX 8517 PORTLAND, OR 97207 | | | | | |
| 08-42632-R | 00005 | RONNIE L. & MICHELLE L. RANKIN | 2 | 4997 | 0.00 | 29.57 | 29.57 |
| | | Original check written to: | | | | | |
| | | WELLS FARGO HOME MORTGAGE 1 HOME CAMPUS MAC#X2302-04C DES MOINES, IA 50328 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date:  April 23, 2010

Check No. 2006087

Check Amount:  $21,349.49

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43269-R | 00010 | LUIS CARLOS LUCATERO & ROSA VERONICA RIOS | 4 | 5827 | 5.56 | 537.19 | 542.75 |
| | | Original check written to: | | | | | |
| | | RETAX FUNDING L.P. 1401 ELM STREET, SUITE 4750 DALLAS, TX 75202 | | | | | |
| 09-40253-R | 00033 | WILLIAM EDWARD PIKE | 13 | XXXXX3DEN | 0.00 | 1.06 | 1.06 |
| | | Original check written to: | | | | | |
| | | COUNTY OF DENTON C/O MCCREARY VESELKA BRAGG 700 JEFFREY WAY, SUITE 100 P. O. BOX 1269 ROUND ROCK, TX 78680 | | | | | |
| 09-40270-R | 00009 | MARK ALLEN & SANDY GAIL SAMPSON | 15 | 1882 | 682.21 | 0.00 | 682.21 |
| | | Original check written to: | | | | | |
| | | EVERHOME MORTGAGE CO ATTN: BANKRUPTCY 8100 NATIONSWAY JACKSONVILLE, FL 32256 | | | | | |
| 09-41760-R | 00008 | RUPERT MCKENDLY ELLIS | 10 | XXXXX67/8 | 450.00 | 0.00 | 450.00 |
| | | Original check written to: | | | | | |
| | | PANTHERS CREEK ASSOCIATION OF HOMEOWNERS 16200 ADDISON ROAD SUITE 150 ADDISON, TX 75001 | | | | | |
| | | **TOTALS** | | | $7,171.44 | $1,697.06 | $8,868.50 |